```
R. LAWRENCE BRAGG (SBN: 119194)
LAW OFFICE OF SHEILA F. GONZALEZ
2730 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Tel: (916) 923-9505
Fax: (888) 813-3351
Email: labrag@safeco.com

Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No.: C082424 EMC<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS UNDER** FED. R. CIV. P. **12(b)(6)**<br><br>**DATE:** June 18, 2008<br>**TIME:** 10:30 a.m.<br>**ROOM:** C<br>**JUDGE: Magistrate Edward Chen** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, at the above-referenced date and time, in Court Room C of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant, Safeco Insurance Company of America ("Safeco"), will, and hereby does, move the Court for dismissal of the Complaint against Safeco.

- 1 -

1 | In this Motion, Safeco contends that it is an improper
2 | party to this action as the insurance policy in question was
3 | issued by American Economy Insurance Company, rather than by
4 | Safeco. As such, Safeco requests that this Court dismiss Safeco
5 | with prejudice from this action and enter judgment in favor of
6 | Safeco and against the plaintiff.
7 |     This Motion will be made pursuant to FED. R. CIV. P. 7(b) and
8 | 12(b)(6), and will be supported by the instant Notice, the
9 | Memorandum of Points and Authorities, supporting declarations
10 | and exhibits, and on such oral and documentary evidence which
11 | may be presented at the time of the hearing of said Motion.
12 | Dated: May 13, 2008

LAW OFFICE OF SHEILA F. GONZALEZ

By: _____
R. LAWRENCE BRAGG
Attorney for Defendant
SAFECO INSURANCE COMPANY OF
AMERICA

NOTICE OF DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)
CASE NO. C082424 EMC