R. LAWRENCE BRAGG (SBN: 119194)
LAW OFFICE OF SHEILA F. GONZALEZ
2730 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Tel: (916) 923-9505
Fax: (888) 813-3351
Email: labrag@safeco.com

Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No.: C082424 EMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**<br><br>DATE:　June 18, 2008<br>TIME:　10:30 a.m.<br>ROOM:　C<br>JUDGE: **Magistrate Edward Chen** |

　　　Pursuant to FED. R. EVID. 201, the Court is requested to take judicial notice of the following documents in support of defendant's Motion to Dismiss under FED. R. CIV. P. 12(b)(6):

1.　The Complaint filed in the above action, attached as Exhibit A.

2.　The Insurance Policy referred to in the Complaint filed in the above action, attached as Exhibit B.

- 1 -

1  Dated: May 13, 2008

2                                           LAW OFFICE OF SHEILA F. GONZALEZ

4                                           By: /s/ R. Lawrence Bragg
5                                              R. LAWRENCE BRAGG
6                                              Attorney for Defendant
                                               SAFECO INSURANCE COMPANY OF
7                                              AMERICA

- 2 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
UNDER FED. R. CIV. P. 12(b)(6) - CASE NO. C082424 EMC