```
 1  R. LAWRENCE BRAGG (SBN: 119194)
    LAW OFFICE OF SHEILA F. GONZALEZ
 2  2730 Gateway Oaks Drive, Suite 210
    Sacramento, CA 95833
 3  Tel: (916) 923-9505
    Fax: (888) 813-3351
 4  Email: labrag@safeco.com

 5  Attorney for Defendant
    SAFECO INSURANCE COMPANY OF AMERICA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10

11  JOHN MICHAEL MAC MILLAN,         Case No.: C 08-02424 EMC

12                    Plaintiff,     MANUAL FILING NOTIFICATION

13  vs.
                                     DATE:    June 18, 2008
14  SAFECO INSURANCE COMPANY OF      TIME:    10:30 a.m.
    AMERICA,                         COURTROOM: C
15                                   JUDGE: Magistrate Edward Chen
16                    Defendant.

17
```

FILED MAY 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit B to Defendant's Motion to Dismiss

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[x] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
_____

- 1 -

MANUAL FILING NOTIFICATION

1
2   [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
3   [_] Item Under Seal
4   [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
5   [_] Other (description): _____
6       _____
7
8
9
10  Dated: May 13, 2008

                                        LAW OFFICE OF SHEILA F. GONZALEZ

                                        By: /s/ R. Lawrence Bragg
                                        R. LAWRENCE BRAGG
                                        Attorney for Defendant
                                        SAFECO INSURANCE COMPANY OF
                                        AMERICA

- 2 -

MANUAL FILING NOTIFICATION