1  Melanie D. Popper, Esq. (236279)
   THE REVELATION LAW FIRM
2  2550 9th St., Suite 208A
3  Berkeley, CA 94710
   1-510-665-4195
4  1-510-665-4197 (fax)
   mdp@revelationlaw
5

6                    UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  JOHN MICHAEL MAC MILLAN an individual,    Case No. 3:08 cv 02424 EMC

10            Plaintiff,                     **PLAINTIFF'S SUBSTITUTION OF ATTORNEY**

11         V.

12

13

14  SAFECO INSURANCE COMPANY OF
    AMERICA,
15
            Defendants.
16  _____/

17

18

19  NOTICE IS HEREBY GIVEN TO ALL PARTIES AND ATTORNEYS OF RECORD THAT:

20  Plaintiff JOHN MICHAEL MAC MILLAN hereby consents to the substitution of attorney of

21  record such that the following attorney and firm represent Plaintiff:

22
                      Melanie D. Popper, Esq.
23                    THE REVELATION LAW FIRM
                      2550 9TH St., Suite 208A
24                    Berkeley, CA 94710
                      1-510-665-4195
25                    1-510-665-4197
                      mdp@revelationlaw.com
26

27

28

I, JOHN MICHAEL MAC MILLAN, hereby consent to this substitution.

Dated: May 22, 2008

_____/s/_____

Signed: JOHN MICHAEL MAC MILLAN

I, MELANIE D. POPPER, hereby consent to this substitution.

Dated: May 22, 2008

_____/s/_____

Signed: MELANIE D. POPPER

IT IS SO ORDERED.

Dated:_____

_____

Honorable Judge Edward Chen