MELANIE D. POPPER, ESQ. (SBN 236279)
**THE REVELATION LAW FIRM**
*A Professional Corporation*
2550 9th St., Suite 208A
Berkeley, CA 94710
1-(510)-665-4195
1-(510)-665-4197(fax)
mdp@revelationlaw.com

Attorneys for Plaintiff
JOHN MICHAEL MAC MILLAN

UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN, | CASE NO. C08-02424 EMC |
| Plaintiff, | OPPOSITION TO MOTION TO DISMISS |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, | |
| Defendants. | |

## INTRODUCTION

This is a contract and tort case against an insurance company that allegedly failed to pay for Plaintiff's damage resulting from fire. Plaintiff MACMILLAN filed an original Complaint against Defendant SAFECO INSURANCE COMPANY OF AMERICA in San Francisco Superior Court in November of 2007. Defendants recently removed the case to

1  federal court in May of 2008, but filed a Motion to Dismiss rather than answering the
2  Complaint. Plaintiff recently filed an Amended Complaint with viable claims which are not
3  addressed in the Motion to Dismiss. Accordingly, Plaintiff MACMILLAN requests that this
4  Court deny Defendant's Motion in its entirety.

## LEGAL ARGUMENT

**A.  PLAINTIFF MACMILLAN HAS FILED A VIABLE AMENDED COMPLAINT WHICH IS NOT THE SUBJECT OF THIS MOTION TO DISMISS.**

Prior to the filing of an Answer to a lawsuit, the Plaintiff may amend his Complaint. Each party has the right to amend its pleadings once "as a matter of course" (without prior leave of court) within a brief period after its original pleading is filed. [FRCP 15(a)(1); *Outdoor Systems, Inc. v. City of Mesa* (9th Cir. 1993) 997 F2d 604, 613]. Plaintiff has the right to amend its complaint once "as a matter of course" any time before a responsive pleading (i.e., answer) is served. [FRCP 15(a)(1) (A); see *Allwaste, Inc. v. Hecht* (9th Cir. 1995) 65 F3d 1523, 1530]. Motions under Rule 12 or for summary judgment under Rule 56 are not "responsive pleadings." Therefore, filing such a motion, by itself, does not bar plaintiff from thereafter amending the complaint once as a matter of right. [*Crum v. Circus Circus Enterprises* (9th Cir. 2000) 231 F3d 1129, 1130, fn. 3 (FRCP 12 motion).

Here, Plaintiff MACMILLAN has filed a First Amended Complaint with the following additional claims which are not the subject of the present Motion to Dismiss: Breach of Implied Covenant of Good Faith and Fair Dealing, Intentional Interference with Contractual Relations, Negligent Interference with Prospective Economic Advantage, Negligence, Negligent Supervision, and Conversion. None of these claims are addressed in Defendant's Motion to Dismiss. Additionally, the First Amended Complaint makes SAFECO's liability as an "agent" of American Economy Insurance very clear.

Accordingly, Defendant's Motion to Dismiss should be denied in its entirety.

///
///

| | | |
|---|---|---|
| 1 | Dated: May 28, 2008 | THE REVELATION LAW FIRM |
| 2 | | *A Professional Corporation* |
| 5 | | By:_____/s/_____ |
| 6 | | Melanie D. Popper, Esq. |
| 7 | | Attorney for Plaintiff |
| 8 | | JOHN MICHAEL MAC MILLAN |

Page -3-

OPPOSITION TO MOTION TO DISMISS