1  Melanie D. Popper, Esq. (236279)
2  THE REVELATION LAW FIRM
   2550 9th St., Suite 208A
3  Berkeley, CA 94710
   1-510-665-4195
4  1-510-665-4197 (fax)
   mdp@revelationlaw
5

6                    UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  JOHN MICHAEL MAC MILLAN an individual,    Case No. 3:08 cv 02424 EMC

10           Plaintiff,                      **PLAINTIFF'S SUBSTITUTION OF
                                             ATTORNEY** ; ORDER
11           V.

12

13

14  SAFECO INSURANCE COMPANY OF
    AMERICA,
15
             Defendants.
16  _____/

17

18

19  NOTICE IS HEREBY GIVEN TO ALL PARTIES AND ATTORNEYS OF RECORD THAT:

20  Plaintiff JOHN MICHAEL MAC MILLAN hereby consents to the substitution of attorney of

21  record such that the following attorney and firm represent Plaintiff:

22
                    Melanie D. Popper, Esq.
23                  THE REVELATION LAW FIRM
                    2550 9TH St., Suite 208A
24                  Berkeley, CA 94710
                    1-510-665-4195
25                  1-510-665-4197
                    mdp@revelationlaw.com
26

27

28

I, JOHN MICHAEL MAC MILLAN, hereby consent to this substitution.

Dated: May 22, 2008

_____/s/_____

Signed: JOHN MICHAEL MAC MILLAN

I, MELANIE D. POPPER, hereby consent to this substitution.

Dated: May 22, 2008

_____/s/_____

Signed: MELANIE D. POPPER

IT IS SO ORDERED.

Dated: May 30, 2008

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA