Melanie D. Popper, Esq. (236279)
THE REVELATION LAW FIRM
2550 9th St., Suite 208A
Berkeley, CA 94710
1-510-665-4195
1-510-665-4197 (fax)
mdp@revelationlaw

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN an individual, | **Case No.** 3:08 cv 02424 EMC |
| Plaintiff, | **PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| V. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |
| _____/ | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636( c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 30, 2008

_____/s/_____
Signed: MELANIE D. POPPER

Counsel for: JOHN MACMILLAN