```
1   R. LAWRENCE BRAGG (SBN: 119194)
    LAW OFFICE OF SHEILA F. GONZALEZ
2   2730 Gateway Oaks Drive, Suite 210
    Sacramento, CA 95833
3   Tel: (916) 923-9505
    Fax: (888) 813-3351
4   Email: labrag@safeco.com

5   Attorney for Defendant
    SAFECO INSURANCE COMPANY OF AMERICA
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10
```

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　　　Defendants. | Case No.: C08-2424 EMC<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**<br><br>**DATE:** July 9, 2008<br>**TIME:** 10:30 a.m.<br>**ROOM:** C<br>**JUDGE: Magistrate Edward Chen** |

　　　TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that, at the above-referenced date and time, in Court Room C of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant, Safeco Insurance Company of America ("Safeco"), will, and hereby does, move the Court for dismissal of the First Amended Complaint against Safeco.

　　　In this Motion, Safeco contends that it is an improper party to this action as the insurance policy in question was issued by American Economy Insurance Company, rather than by

Safeco. As such, Safeco was not a party to the insurance contract and cannot be held liable for Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing. Safeco further contends that the Third, Fourth, Fifth and Sixth Causes of Action fails to state a claim against it. Consequently, this Court should dismiss the First Amended Complaint against Safeco with prejudice and enter judgment in favor of Safeco and against the plaintiff.

    This Motion will be made pursuant to FED. R. CIV. P. 7(b) and 12(b)(6), and will be supported by the instant Notice, the Memorandum of Points and Authorities, supporting declarations and exhibits, and on such oral and documentary evidence which may be presented at the time of the hearing of said Motion.

Dated: June __2__, 2008

                      LAW OFFICE OF SHEILA F. GONZALEZ

                      By: _____
                      R. LAWRENCE BRAGG
                      Attorney for Defendant
                      SAFECO INSURANCE COMPANY OF AMERICA