```
R. LAWRENCE BRAGG (SBN: 119194)
LAW OFFICE OF SHEILA F. GONZALEZ
2730 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Tel: (916) 923-9505
Fax: (888) 813-3351
Email: labrag@safeco.com
```

Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　　　Defendants. | Case No.: C08-2424 EMC<br><br>**DECLARATION OF R. LAWRENCE BRAGG IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER Fed. R. Civ. P. 12(b)(6)**<br><br>**DATE:　July 9, 2008**<br>**TIME:　10:30 a.m.**<br>**ROOM:　C**<br>**JUDGE:　Magistrate Edward Chen** |

　　I, R. LAWRENCE BRAGG, DECLARE:

　　1. That I am an attorney at law, licensed to practice in all the Courts of the State of California and in the United States District Court, Northern District of California;

　　2. That I am counsel of record for defendant, Safeco Insurance Company of America, with respect to the above matter;

　　3. That Exhibit A is a true and correct copy of the First Amended Complaint filed in the above matter;

1     4. That Exhibit B is a true and correct copy of the meet and confer letter sent by my associate, Kou Lor, to counsel for plaintiff concerning the First Amended Complaint filed in the above matter;

    5. That Exhibit C is a true and correct copy of the response of plaintiff's counsel to the meet and confer letter, dated May 28, 2008;

    5. That Exhibit D is a true and correct copy of the Declarations Pages of the insurance policy issued by American Economy Insurance Company to the plaintiff. A complete copy of the insurance policy, which is more than 100 pages in length, exceeds the size limit specified by the Court's efiling system. Safeco will efile a Manual Filing Notification with this Motion and serve a complete copy of the policy on the plaintiff.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called to testify as a witness, I could competently testify to the facts set forth herein.

    Dated this __2__ day of June, 2008 at Sacramento, California.

    _____
    R. LAWRENCE BRAGG

-2-

DECLARATION OF R. LAWRENCE BRAGG IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) - CASE NO. C08-2424 EMC