1  R. LAWRENCE BRAGG (SBN: 119194)
   LAW OFFICE OF SHEILA F. GONZALEZ
2  2730 Gateway Oaks Drive, Suite 210
   Sacramento, CA 95833
3  Tel: (916) 923-9505
   Fax: (888) 813-3351
4  Email: labrag@safeco.com

5  Attorney for Defendant
   SAFECO INSURANCE COMPANY OF AMERICA
6

7

8                IN THE UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10

11 
   JOHN MICHAEL MAC MILLAN,              Case No.: C08-2424 EMC
12
                   Plaintiff,            **REQUEST FOR JUDICIAL NOTICE IN**
13                                       **SUPPORT OF MOTION TO DISMISS**
   vs.                                   **FIRST AMENDED COMPLAINT UNDER**
14                                       FED. R. CIV. P. 12(b)(6)
   SAFECO INSURANCE COMPANY OF
15 AMERICA, a corporation,
                                         DATE:  July 9, 2008
16                 Defendants.           TIME:  10:30 a.m.
                                         ROOM:  C
17                                       JUDGE: **Magistrate Edward Chen**

18

19

20     Pursuant to FED. R. EVID. 201, the Court is requested to take

21 judicial notice of the following documents in support of

22 defendant's Motion to Dismiss the First Amended Complaint under

23 FED. R. CIV. P. 12(b)(6):

24 1.   The First Amended Complaint filed in the above action,

25 attached as Exhibit A.

26 2.   The Insurance Policy referred to in the First Amended

27 Complaint filed in the above action, attached as Exhibit D.

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED
COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) - CASE NO. C08-2424 EMC

Dated: June 2, 2008

                          LAW OFFICE OF SHEILA F. GONZALEZ

                          By: _____
                              R. LAWRENCE BRAGG
                              Attorney for Defendant
                              SAFECO INSURANCE COMPANY OF
                              AMERICA

- 2 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) - CASE NO. C08-2424 EMC