R. LAWRENCE BRAGG (SBN: 119194)
LAW OFFICE OF SHEILA F. GONZALEZ
2730 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Tel: (916) 923-9505
Fax: (888) 813-3351
Email: labrag@safeco.com

Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA


IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>                    Defendants. | Case No.: C08-2424 EMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE PRAYER FOR ATTORNEYS FEES CONTAINED IN FIRST AMENDED COMPLAINT**<br><br>**DATE:  July 9, 2008**<br>**TIME:  10:30 a.m.**<br>**ROOM:  C**<br>**JUDGE: Magistrate Edward Chen** |

     Pursuant to FED. R. EVID. 201, the Court is requested to take judicial notice of the following document in support of defendant's Motion to Strike Prayer for Attorneys Fees contained in the First Amended Complaint:

1.    The First Amended Complaint filed in the above action, attached as Exhibit A.

///

///

///

- 1 -

1   Dated:   June 2, 2008

2                                       LAW OFFICE OF SHEILA F. GONZALEZ

3

4                                       By: _____

5                                           R. LAWRENCE BRAGG

6                                           Attorney for Defendant
                                            SAFECO INSURANCE COMPANY OF
7                                           AMERICA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -