```
 1 | R. LAWRENCE BRAGG (SBN: 119194)
   | LAW OFFICE OF SHEILA F. GONZALEZ
 2 | 2730 Gateway Oaks Drive, Suite 210
   | Sacramento, CA 95833
 3 | Tel: (916) 923-9505
   | Fax: (888) 813-3351
 4 | Email: labrag@safeco.com
 5 | Attorney for Defendant
   | SAFECO INSURANCE COMPANY OF AMERICA
```

FILED

JUN 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>    Defendants. | Case No.: C 08-2424 EMC<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBIT D TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>DATE: July 9, 2007<br>TIME: 10:30 a.m.<br>ROOM: C<br>JUDGE: Magistrate Edward Chen |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit C to Defendant's Motion to Dismiss First Amended Complaint

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[x] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

- 1 -

MANUAL FILING NOTIFICATION - Case No.: C 08-2424 EMC

| | |
|---|---|
| 1 | |
| 2 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 3 | [_] Item Under Seal |
| 4 | |
| 5 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 6 | [_] Other (description): _____ |
| 7 | |
| 8 | |
| 9 | Dated: June 2, 2008 |
| 10 | LAW OFFICE OF SHEILA F. GONZALEZ |
| 11 | |
| 12 | By: /s/ R. Lawrence Bragg |
| 13 | R. LAWRENCE BRAGG  Attorney for Defendant |
| 14 | SAFECO INSURANCE COMPANY OF AMERICA |

- 2 -

MANUAL FILING NOTIFICATION - Case No.: C 08-2424 EMC

Mac Millan v. Safeco Insurance Company
United States District Court Case No.: C08-02424 EMC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is 2730 Gateway Oaks Drive, Suite 210, Sacramento, CA 95833.

On **June 2, 2008**, I served the foregoing document described as **Manual Filing Notification** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| *Attorney for Plaintiff* | |
|---|---|
| Melanie D. Popper, Esq.<br>The Revelation Law Firm<br>2550 9th Street, Suite 208A<br>Berkeley, CA 94710 | |

[ X ]   BY MAIL:

   [  ]   I deposited such envelope in the mail at Sacramento, California. The envelope was mailed with postage thereon fully prepaid.

   [ XX ] I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business.

Executed on **June 2, 2008**, at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
KOU LOR