**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN MICHAEL MAC MILLAN,                    C08-2424 EMC

              Plaintiffs,                        **CLERK'S NOTICE**

9

        v.

10

     SAFECO  INSURANCE  COMPANY  OF
11   AMERICA, a corporation,

12            Defendant.
     _____/

13

14

15

16   TO ALL PARTIES AND COUNSEL OF RECORD:

17         YOU ARE NOTIFIED THAT the hearing on **(1) DEFENDANT'S MOTION TO DISMISS**

18   **COMPLAINT (Docket #4), DEFENDANT'S MOTION TO DISMISS FIRST AMENDED**

19   **COMPLAINT (Docket #14), and DEFENDANT'S MOTION TO STRIKE PRAYERS FOR**

20   **ATTORNEYS FEE, ETC.** set for June 18, 2008 and July 9, 2008 at 10:30 a.m. have been rescheduled

21   to **July 9, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor,

22   Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said motions shall

23   be filed on or before June 18, 2008.   Reply to said motions  shall be filed on or before June 25, 2008.

24   Dated: November 20, 2003                    FOR THE COURT,
                                                 Richard W. Wieking, Clerk

25

26

27                                          by: _____

28                                               Betty Fong
                                                 Courtroom Deputy