UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>    Defendant.<br>_____/ | C08-2424 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **(1) DEFENDANT'S MOTION TO DISMISS COMPLAINT (Docket #4), DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (Docket #14), and DEFENDANT'S MOTION TO STRIKE PRAYERS FOR ATTORNEYS FEE, ETC.** set for June 18, 2008 and July 9, 2008 at 10:30 a.m. have been rescheduled to **July 9, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said motions shall be filed on or before June 18, 2008.   Reply to said motions  shall be filed on or before June 25, 2008.

Dated: June 5, 2008  
                                        FOR THE COURT,  
                                        Richard W. Wieking, Clerk

                                        by:  _____  
                                                 Betty Fong  
                                                 Courtroom Deputy