**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 9, 2008

**Case No:** C08-2424 EMC           **FTR Time:** 11:08 - 11:27 a.m.

**Court Reporter:** Lydia Zinn 531-6587

**Case Name:** MacMillan v. Safeco

**Attorneys:**   Malanie Popper for Plaintiff
Robert Bragg for Defendant (telephonically 916-923-9505)

**Deputy Clerk:**   Betty Fong

**PROCEEDINGS:**

-(1) DEFENDANT'S MOTION TO DISMISS COMPLAINT (Docket #4)

- (2) DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (Docket #14)

- (3) DEFENDANT'S MOTION TO STRIKE PRAYERS FOR ATTORNEYS FEE, ETC

**ORDERED AFTER HEARING:**

(1-3) Parties to meet and confer and to submit stipulation to amend. Status re complaint and CMC reset for 8/13/08 at 1:30 p.m.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to**:   Status re complaint and CMC reset for 8/13/08 at 1:30 p.m.

cc: EMC