1  R. LAWRENCE BRAGG (SBN: 119194)
   LAW OFFICE OF SHEILA F. GONZALEZ
2  2730 Gateway Oaks Drive, Suite 210
   Sacramento, CA 95833
3  Tel: (916) 923-9505
   Fax: (888) 813-3351
4  Email: labrag@safeco.com

5  Attorney for Defendant
   SAFECO INSURANCE COMPANY OF AMERICA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10

11 JOHN MICHAEL MAC MILLAN,          Case No.: C082424 EMC

12              Plaintiff,           **STIPULATION AND ORDER RE-
                                     SUBSTITUTION OF PARTIES**
13 vs.

14
   SAFECO INSURANCE COMPANY OF
15 AMERICA,

16              Defendant.

17

18

19 _____

20     IT IS STIPULATED by and between the parties to the above

21 action as follows:

22     1. That American Economy Insurance Company, an Indiana

23 Corporation, be substituted as a party defendant in place of

24 Safeco Insurance Company of America, a Washington Corporation,

25 at all relevant portions of the First Amended Complaint filed in

26 the above action;

27     2. That, should further investigation and/or discovery

28 uncover information indicating, consistent with F.R.C.P. Rule

- 1 -

1  11, that Safeco Insurance Company of America is a proper

2  defendant in this action, plaintiff will be allowed leave to

3  amend his Complaint to list Safeco Insurance Company of America

4  as a defendant.

5  Dated: July 31, 2008

6                                 THE REVELATION LAW FIRM

7

8                                 By: _____
                                       L. I. [signature]
9                                      MELANIE D. POPPER,
                                       Attorney for Plaintiff

10

11

12  Dated: July ____, 2008

13                                 LAW OFFICE OF SHEILA F. GONZALEZ

14

15                                 By: _____
                                       [signature]
16                                     R. LAWRENCE BRAGG
                                       Attorney for Defendant
17                                     SAFECO INSURANCE COMPANY OF
                                       AMERICA
18

19        GOOD CAUSE APPEARING, IT IS SO ORDERED.

20

21

22  Dated: _____

23                                 HON. EDWARD M. CHEN,
                                   UNITED STATES MAGISTRATE
24                                 JUDGE

25

26

27

28

- 2 -

STIPULATION AND ORDER TO SUBSTITUTE PARTY
CASE NO. C082424 EMC