```
 1  R. LAWRENCE BRAGG (SBN: 119194)
    LAW OFFICE OF SHEILA F. GONZALEZ
 2  2730 Gateway Oaks Drive, Suite 210
    Sacramento, CA 95833
 3  Tel: (916) 923-9505
    Fax: (888) 813-3351
 4  Email: labrag@safeco.com

 5  Attorney for Defendant
    SAFECO INSURANCE COMPANY OF AMERICA
 6
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN,<br><br>              Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | Case No.: C082424 EMC<br><br>**DEFENDANT'S INITIAL DISCLOSURES (F.R.C.P. RULE 26(a)(1)** |

Pursuant to this Court's Scheduling Order and F.R.C.P. 26, defendant, Safeco Insurance Company of America, makes its initial disclosures, as follows:

1. Witnesses

Plaintiff, John MacMillan, is expected to have knowledge of the facts concerning the issuance of the policies by the defendant, the damages resulting from the subject fire, and the insurance claim submitted to the defendant;

DEFENDANT'S INITIAL DISCLOSURES
CASE NO. C082424 EMC

Unknown employees of Service Master are expected to have knowledge concerning the damages resulting from the subject fire, and the insurance claim submitted to the defendant. The defendant will supplement this Disclosure once their identities become known.

Kimball Hansen, an employee of American Economy Insurance Company, c/o Law Offices of Sheila F. Gonzalez, is expected to have knowledge concerning defendant's handling of the underlying action.

Steve Miller, CPA, Hagen Streiff Newton Oshiro, 2865 Sunrise Blvd., Suite 106, Rancho Cordova, CA 95742.

2. Documents and Tangible Things

Defendant is in possession of the following documents which will be utilized to support its claims and defenses:

Copies of the insurance policy issued to plaintiff;

The underwriting file maintained by American Economy Insurance Company concerning the plaintiff;

The unprivileged portions of the claims file maintained by American Economy Insurance Company concerning the underlying action;

3. Damages Claimed-Not Applicable.

4. Liability Insurance Policies-Not Applicable.

///

1 | Dated: August ___, 2008

LAW OFFICE OF SHEILA F. GONZALEZ

By: _____
R. LAWRENCE BRAGG
Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

- 3 -

DEFENDANT'S INITIAL DISCLOSURES
CASE NO. C082424 EMC