```
 1  R. LAWRENCE BRAGG (SBN: 119194)
    LAW OFFICE OF SHEILA F. GONZALEZ
 2  2730 Gateway Oaks Drive, Suite 210
    Sacramento, CA 95833
 3  Tel: (916) 923-9505
    Fax: (888) 813-3351
 4  Email: labrag@safeco.com

 5  Attorney for Defendant
    SAFECO INSURANCE COMPANY OF AMERICA
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
10
11  JOHN MICHAEL MAC MILLAN,         Case No.: C082424 EMC
12              Plaintiff,           JOINT CASE MANAGEMENT STATEMENT
13  vs.                              DATE:     AUGUST 13, 2008
                                     TIME:     1:30 P.M.
14  SAFECO INSURANCE COMPANY OF      COURTROOM: C
15  AMERICA,
16              Defendant.
17
```

Pursuant to this Court's Order Setting Initial Case Management Conference, and the Court's Order of July 9, 2008, the parties submit this Joint Case Management Statement. In this regard, the parties meet and conferred concerning these issues on July 30, 2008 and August 6, 2008.

1. JURISDICTION AND SERVICE

The basis for jurisdiction is diversity, per 28 U.S.C.

section 1332, as the plaintiff is a citizen of California and the defendant is a citizen of the State of Washington.

There is no basis to challenge service of process and the defendant has appeared in this case by filing a Motion to Dismiss.

2. FACTS

This matter arises out of an insurance contract dispute between plaintiff, Michael Mac Millan, and his insurance company, American Economy Insurance Company ("AEIC"). The First Amended Complaint ("FAC") names only Safeco Insurance Company of America ("Safeco") as a defendant, and alleges that Safeco was the authorized agent of AEIC, which is the entity that issued the insurance policy in question to plaintiff. See FAC at 2:7-13, 2:23-28. The parties are in the process of stipulating to substitute AEIC for Safeco.

The FAC alleges that plaintiff's video rental business suffered property damage on November 22, 2005, as a result of a fire which started in an adjoining business. See FAC at 3:4-6. The FAC further alleges that Safeco undertook the task of employing Service Master to clean, inventory, and transfer plaintiff's damaged property to a safe location. See FAC at 3:12-14. The FAC further alleges that Safeco directed Service Master to destroy and dispose of the plaintiff's property. See FAC at 3:18-28. The plaintiff contends that Safeco has refused

-2-

to reimburse him under the terms of his insurance policy with AEIC for the full amount of his losses. See FAC at 3:25-28.

The parties were in the process of adjusting this loss when suit was filed. The principle dispute between the parties concerns the value of the property damaged in the fire and the amount of the claimed loss of business income which occurred as a result of the fire.

3. LEGAL ISSUES

The main legal issues in this case are: (a) which insurer is legally liable to the plaintiff; (b) whether this insurer is liable for the conduct of Service Master; (c) whether the defendant breached the insurance contract with the plaintiff; (d) whether the defendant unreasonably withheld policy benefits to the plaintiff; (e) whether the defendant can be held liable for intentional interference with contractual relations; (f) whether the defendant can be held liable for negligent interference with prospective economic advantage; and (g) whether the defendant can be held liable for negligence or negligent supervision.

4. MOTIONS

The defendant's Motion to Dismiss First Amended Complaint, initially scheduled for hearing on July 9, 2008, is still before the Court. Depending on the resolution of this Motion, a Motion for Summary Judgment may be filed.

CASE MANAGEMENT STATEMENT
CASE NO. C082424 EMC

**5. AMENDMENT OF PLEADINGS**

Plaintiff contemplates amending the Complaint to add Service Master as a defendant.

**6. EVIDENCE PRESERVATION**

Not applicable.

**7. DISCLOSURES**

The parties have agreed to complete their F.R.C.P. Rule 26 disclosures by August 7, 2008 and to produce all documents referred to in these disclosures by August 31, 2008.

**8. DISCOVERY**

No discovery has taken place, to date.

**9. CLASS ACTIONS**

Not applicable.

**10. RELATED CASES**

There are no related cases.

**11. RELIEF**

The plaintiff seeks damages in the amount of $105,298.02.

**12. SETTLEMENT AND ADR**

The plaintiff prefers an Early Settlement Conference with the Hon. Maria Elena James. The defendant is agreeable either to an Early Settlement Conference with Judge James or Court-sponsored mediation.

**13. CONSENT TO MAGISTRATE JUDGE**

The parties have consented to have this matter heard by a

Magistrate Judge.

14. OTHER REFERENCES

Not applicable.

15. NARROWING OF ISSUES

The defendant believes that the issues can be narrowed through a Motion to Dismiss and/or a Motion for Summary Judgment.

16. EXPEDITED SCHEDULE

The parties do not believe that this case needs to be handled through an expedited schedule.

17. SCHEDULING

The parties would propose that experts be designated by February 28, 2009, that discovery be completed by April 30, 2009, that dispositive Motions be heard by May 31, 2009, and that a Pre-Trial Conference and Trial be set thereafter.

18. TRIAL

The defendant will demand a trial by jury, once it is required to file an Answer. The trial will take 5-7 days.

19. DISCLOSURE OF INTERESTED ENTITIES

Safeco Insurance Company of America and American Economy Insurance Company are owned by Safeco Corporation. A sale of Safeco Corporation to Liberty Mutual Insurance Company is pending.

///
///

Dated: August ____, 2008

        LAW OFFICE OF SHEILA F. GONZALEZ

        By: /s/ R. Lawrence Bragg
        R. LAWRENCE BRAGG
        Attorney for Defendant
        SAFECO INSURANCE COMPANY OF
        AMERICA

Dated: August  8 , 2008

        REVELATION LAW FIRM

        By: /s/ Melanie D. Popper
        MELANIE D. POPPER
        Attorney for Plaintiff