UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN, | C08-2424 EMC |
| Plaintiffs, | **CLERK'S NOTICE** |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on (1) STATUS RE COMPLAINT; and (2) CASE MANAGEMENT CONFERENCE set for August 20, 2008 at 1:30 p.m. have been rescheduled to **September 24, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. A Joint Case Management Conference Statement shall be filed by September 17, 2008.

Dated: August 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *(signature)* Betty Fong
Betty Fong
Courtroom Deputy