MELANIE D. POPPER, ESQ. (SBN 236279)
**THE REVELATION LAW FIRM**
*A Professional Corporation*
2550 9th St., Suite 208A
Berkeley, CA 94710
1-(510)-665-4195
1-(510)-665-4197(fax)
mdp@revelationlaw.com

Attorneys for Plaintiff
JOHN MICHAEL MAC MILLAN

UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL MAC MILLAN, | CASE NO. C08-02424 EMC |
| Plaintiff, | |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICAN, a corporation, | **PLAINTIFF'S INITIAL DISCLOSURES (F.R.C.P. RULE 26(a)(1))** |
| Defendants. | |

To ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's Scheduling Order and F.R.C.P. 26, plaintiff, John Michael MacMillan makes his initial disclosures as follows:

**1. Witnesses**

Plaintiff, John MacMillan, has knowledge of the facts concerning the insurance policies issued by Defendant and the claim submitted to Defendants following the subject

Page -1-

PLAINTIFF'S INITIAL DISCLOSURES

1. fire. Plaintiff has knowledge of the inventory, procedures and policies of his company and of the subject fire and all resulting damages.

Plaintiff's employees have knowledge of the knowledge of the inventory, procedures and policies of his company. Plaintiff's employees have knowledge of the subject fire and all resulting damages.

Unknown employees of Service Master are expected to have knowledge regarding the subject fire and all damages resulting from the fire. Unknown employees of Service Master are also expected to have knowledge regarding the insurance claim submitted to Defendant. Plaintiff will supplement this Disclosure once their identities become known.

Employees of American Economy Insurance Company, c/o of their counsel are expected to have knowledge regarding Plaintiff's insurance claim related to the subject fire. Employees of American Economy Insurance Company c/o of their counsel are expected to have knowledge regarding the underwriting file maintained by American Economy Insurance Company regarding plaintiff. Plaintiff will supplement this Disclosure once their identities become known.

**2. Documents and Tangible Things**

Plaintiff is in possession of the following documents which will be utilized to support his claim:

All available documentation concerning the purchase of the VHS tapes which are the subject of this claim;

Profit and Loss Statements for the months of November, December and January in the years, 2004, 2005, and 2006;

Payroll documentation for the months of November, December and January in the years of 2004, 2005, 2006; and

Retail sales history for November and December of 2008.

**3. Damages Claimed**

Plaintiff has been damaged with the loss of his unique and valuable VHS collection, resulting in economic harm to him and his company. Plaintiffs seeks damages of at least

1  $105,000.

2      4. Liability Insurance

3      Plaintiff asserts that the written insurance policy with American Economy Insurance, administered by and through its agent and adjuster, SAFECO, was in effect throughout the entire year of 2005.

Dated: August 8, 2008                THE REVELATION LAW FIRM
                                     *A Professional Corporation*


                                     By: _____
                                         Melanie D. Popper, Esq.
                                         Attorney for Plaintiff
                                         JOHN MICHAEL MAC MILLAN