```
 1  R. LAWRENCE BRAGG (SBN: 119194)
    LAW OFFICE OF SHEILA F. GONZALEZ
 2  2730 Gateway Oaks Drive, Suite 210
    Sacramento, CA 95833
 3  Tel: (916) 923-9505
    Fax: (888) 813-3351
 4  Email: labrag@safeco.com

 5  Attorney for Defendant
    SAFECO INSURANCE COMPANY OF AMERICA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9       NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

10
11  JOHN MICHAEL MAC MILLAN,        Case No.: C082424 EMC
12                  Plaintiff,      STIPULATION AND ORDER RE-
                                    SUBSTITUTION OF PARTIES
13  vs.                              ORDER

14
    SAFECO INSURANCE COMPANY OF
15  AMERICA,

16                  Defendant.
17
18
19
```

20      IT IS STIPULATED by and between the parties to the above
21 action as follows:
22      1. That American Economy Insurance Company, an Indiana
23 Corporation, be substituted as a party defendant in place of
24 Safeco Insurance Company of America, a Washington Corporation,
25 at all relevant portions of the First Amended Complaint filed in
26 the above action;
27      2. That, should further investigation and/or discovery
28 uncover information indicating, consistent with F.R.C.P. Rule

- 1 -

11, that Safeco Insurance Company of America is a proper defendant in this action, plaintiff will be allowed leave to amend his Complaint to list Safeco Insurance Company of America as a defendant.

Dated: July 31, 2008

THE REVELATION LAW FIRM

By: _____
MELANIE D. POPPER,
Attorney for Plaintiff

Dated: July ___, 2008

LAW OFFICE OF SHEILA F. GONZALEZ

By: _____
R. LAWRENCE BRAGG
Attorney for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: September 16, 2008

_____
HON. EDWARD M. CHEN,
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -

STIPULATION AND ORDER TO SUBSTITUTE PARTY
CASE NO. C082424 EMC