Melanie D. Popper (SBN: 236279)
THE REVELATION LAW FIRM
2550 9th St.
Suite 208A
Berkeley, CA 94710
Tel. (510) 665-4195
Fax (510) 665-4197
E Mail: mdp@revelationlaw.com
Attorneys for Plaintiff
JOHN MICHAEL MAC MILLAN

UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN MACMILLAN, an individual, | Case No.: C08-02424 EMC |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ; ORDER |
| AMERICAN ECONOMY INSURANCE, a corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Executed on January 12, 2009

By: Melanie D. Popper, Esq.

Attorney for Plaintiff

MACMILLAN'S REQUEST FOR DISMISSAL - 1

Dated: 1-13-09

By: Kevin McCurdy, Esq.

Attorney for Defendants

IT IS SO ORDERED.
Dated: January 15, 2009

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
~~Judge Saundra Brown Armstrong~~

MACMILLAN'S REQUEST FOR DISMISSAL - 2